IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NUMBER 97-539 |
| DERRICK MASSEY<br>USM# 51250-066 | : |

**ORDER**

AND NOW this 22nd day of December, 201_, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 235 months, effective November 1, 2015.

BY THE COURT:

THE HONORABLE HARVEY BARTLE, III
Senior United States District Court Judge

cc: US Marshal (2)